ORIGINAL

AUSA: Remy Grosbard

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**24 MAG 3093**

UNITED STATES OF AMERICA

**SEALED COMPLAINT**

v.

Violations of 18 U.S.C. §§ 875 and 2

KEVIN JOSE VARELA,

COUNTY OF OFFENSE:
NEW YORK

Defendant.

SOUTHERN DISTRICT OF NEW YORK, ss.:

MATTHEW TRUONO, being duly sworn, deposes and says that he is a Special Agent
with the Federal Bureau of Investigation ("FBI"), and charges as follows:

### COUNT ONE
### (Threatening Interstate Communications)

1.     Between on or about June 17, 2024, and on or about August 5, 2024, in the Southern
District of New York and elsewhere, KEVIN JOSE VARELA, the defendant, knowingly
transmitted in interstate and foreign commerce a communication containing a threat to injure the
person of another, to wit, VARELA sent threatening text messages and made threatening phone
calls to another individual ("Victim-1"), threatening to kill Victim-1's husband ("Victim-2"),
child, and former romantic partners.

(Title 18, United States Code, Sections 875 and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2.     I am a Special Agent with the FBI, and I have been personally involved in the
investigation of this matter. This affidavit is based upon my personal participation in the
investigation of this matter, including my conversations with Victim-1 and Victim-2, as well as on
my conversations with other law enforcement agents, and my examination of various reports and
records.  Because this affidavit is being submitted for the limited purpose of demonstrating
probable cause, it does not include all the facts that I have learned during the course of my
investigation. Where the contents of documents and the actions, statements, and conversations of
others are reported herein, they are reported in substance and in part, except where otherwise
indicated.

### Overview

3.     As detailed below, based on my participation in this investigation, including my
conversations with Victim-1 and Victim-2, my review of text messages, social media messages,
and phone records, my review of law enforcement reports and records, my review of publicly
available information, my review of records from telecommunication service providers, and my

review of video surveillance, I know that KEVIN JOSE VARELA, the defendant, has made escalating threats to Victim-1, threatening to kill Victim-2, their child, and Victim-1's former romantic partners. These threats, some of which are antisemitic in nature, culminated on July 19, 2024, when VARELA showed up in person at the synagogue of Victim-1 and Victim-2, where VARELA approached Victim-2 and threatened to kill him.

### The Defendant Begins Threatening Victim-1 and Victim-1's Family

4.     Based on my conversations with Victim-1, I know the following:

a.     In or about 2020, the user of an Internet-based social media platform ("Social Media Platform-1") with the account name "wthnshlo" ("Social Media Account-1") began following Victim-1's account on Social Media Platform-1. Social Media Account-1 exchanged several direct messages with Victim-1. Based on my conversations with Victim-1 and my review of social media messages, I know that on or about August 22, 2020, Social Media Account-1 sent the following direct message to Victim-1 over Social Media Platform-1:

> i can't breathe anymore you must find me so fucking annoying at this point, but i can't keep living like i'm okay without a friend any longer i am like in love with the idea of what you are you're literally a stranger and i'm crying out to hashem for a chance i am in LOVE WITH YOU & i don't even fucking know you. i just want to be your friend and i feel so distant from you. it hurts so bad i am literally crying writing this
>
> i don't know what else to say i don't want to make you feel pressure here but hey here i am doing just that.

b.     After receiving this message, Victim-1 blocked Social Media Account-1 on Social Media Platform-1.

c.     In or around 2020 or 2021, Victim-1 received a "friend request" on a different Internet-based social media platform ("Social Media Platform-2"). The account that friend requested Victim-1 on Social Media Platform-2 belonged to a user named "Kevin Varela." Victim-1 did not accept the friend request.

5.     Based on my conversations with Victim-1 and Victim-2, as well as my review of email records from Victim-2, I know that on or about August 2, 2022, shortly after Victim-1 and Victim-2 became engaged to be married, Victim-2 received a message on Victim-2's personal website from an individual named "Kevin Varela" from the email account "kevinjosevarela777@gmail.com." The message from "Kevin Varela" stated:

> You touch my wife again ima look for
> you and im gonna fuck you up.
> psyche ima just drink a beer and keep
> her. bye [Victim-2] w no snax

:))))

6. Based on my conversations with Victim-1, my review of text messages from Victim-1, my review of law enforcement reports and records, and my review of records from telecommunication service providers, I know the following:

a. Based on my review of Victim-1's text messages, I know that on or about October 14, 2023, at approximately 6:54 p.m., Victim-1 received a text message on her personal cellphone from a particular phone number ending in the digits 0316 ("Phone Number-1"). The message from Phone Number-1 stated: "Hey [Victim-1]". Victim-1 responded, "Hi – who is this?" Two days later, on or about October 16, 2023, at approximately 11:02 a.m., Phone Number-1 responded, "Want to hang out?" Victim-1 asked again, "Who is this???" Phone Number-1 responded, "Is this [Victim-1]". I believe that KEVIN JOSE VARELA, the defendant, sent the messages to Victim-1 from Phone Number-1 based on the following:

    i. Based on my review of law enforcement reports and records, I know that VARELA is currently on probation, after being sentenced to one year of probation on or about September 15, 2023, for a conviction for harassment in the Superior Court of New Jersey, Hudson County. Based on my conversations with other law enforcement officers, I know that VARELA has used Phone Number-1 to communicate with his probation officer.

    ii. Based on my review of records from Apple, I know that Phone Number-1 is associated with the email address "kjv1997@icloud.com." The subscriber of "kjv1997@icloud.com" is Kevin Varela, and the address associated with this account is a particular address in West New York, New Jersey (the "West New York Address"). Based on publicly available information, I know that the West New York Address was the address of VARELA in or around 2021 and is also associated with relatives of VARELA.

b. Based on my review of Victim-1's text messages, I know that about 15 minutes after receiving the October 14, 2023 text message from Phone Number-1, at approximately 7:09 p.m. on or about October 14, 2023, Victim-1 received a text message on her personal cellphone from a phone number ending in the digits 1558 ("Phone Number-2"). The message from Phone Number-2 stated: "Hey [Victim-1]". Victim-1 responded, "Hi – who is this?" Phone Number-2 responded, "We hooked up before…How you been?" Victim-1 did not respond. At approximately 9:16 p.m., Phone Number-2 followed up, asking "You there?" Victim-1 responded, "Who is this?" Phone Number-2 responded, "Not telling you but we hooked up before," "You remember??"

       c.       Based on my review of Victim-1's call logs, I know that between on or about April 26, 2024, and on or about April 28, 2024, Victim-1 received at least six phone calls on her personal cellphone from a phone number ending in the digits 1281 ("Phone Number-3"), which identified the caller's location as "Union City, New Jersey," and identified the caller as "VARELA VARELA, M." Based on my review of records from Apple, I believe that KEVIN JOSE VARELA, the defendant, made these phone calls to Victim-1, because Phone Number-3 is associated with the email address "kjv666@icloud.com." The subscriber of "kjv666@icloud.com" is Kevin Varela, and the address associated with this account is a particular address in North Bergen, New Jersey (the "North Bergen Address"). Based on publicly available information, I know that the North Bergen Address is associated with a relative of VARELA.

       d.       Based on my review of Victim-1's text messages, I know that on or about April 27, 2024, at approximately 10:57 p.m., Victim-1 received a text message on her personal cellphone from the email account "kjv1997@icloud.com." The message from kjv1997@icloud.com stated: "Hi [Victim-1]" followed by a smiley face emoji. Victim-1 responded, "Who is this". kjv1997@icloud.com responded, "?" Victim-1 responded, "I don't recognize this number". kjv1997@icloud.com responded, "You should". Victim-1 responded, "You're making it very easy to block you! I don't text people I don't know especially if they're cagey when I ask them!" kjv1997@icloud.com responded, "I'm not being cagey. Anyway see you! I'll tell you someday". I believe that KEVIN JOSE VARELA, the defendant, sent these messages to Victim-1 because, as noted above in paragraph 6(a)(ii), based on my review of records from Apple, the subscriber of "kjv1997@icloud.com" is Kevin Varela, and the address associated with this account is the West New York Address.

       e.       Based on my review of Victim-1's text messages, I know that about a week later, on or about May 3, 2024, at approximately 2:26 p.m., Victim-1 received a text message on her personal cellphone from a phone number ending in the digits 5329 ("Phone Number-4"). The message from Phone Number-4 stated: "Hey I have a literal lethal dose of heroin on me and I'm about to inject it. I don't know why you did what you did to me but it's okay I'll be in a better place bye". Based on my review of records from Pinger, which is a telecommunications service provider that allows users to make free text messages and phone calls, I believe that KEVIN JOSE VARELA, the defendant, sent this message to Victim-1, because, on or about May 3, 2024, the account associated with Phone Number-4 had the username "kevinjosevarela555" and the email address "kevinjosevarela555@gmail.com".

       f.       Based on my review of Victim-1's text messages, I know that about six weeks later, on or about June 17, 2024, at approximately 6:19 a.m., Victim-1 received a text message on her personal cellphone from a phone number ending in the digits 4359 ("Phone Number-5"). The message from Phone Number-5 stated: "Hey [Victim-1]," "Good morning". Victim-1 responded, "Hi who is this". At approximately 2:17 p.m., Phone Number-5 responded, "[Victim-1] bear ?" followed by an emoji of a cartoon bear. Victim-1 asked again, "Who is this?" Phone Number-5 responded by sending a link to a music video of the song Iris by the Goo Goo Dolls.

## The Defendant's Escalating Threats – Offense Conduct

7.     Based on my conversations with Victim-1 and Victim-2, my review of text messages and call logs from Victim-1, my review of law enforcement reports and records, and my review of records from telecommunication service providers, I know the following:

a.     Based on my review of Victim-1's call logs, I know that on or about June 17, 2024, the same day that Victim-1 received the bear emoji text message from Phone Number-5, Victim-1 received at least eight phone calls on her personal cellphone from phone numbers ending in the digits 1743 and 3549 ("Phone Number-6" and "Phone Number-7," respectively). Based on my conversations with Victim-1 and Victim-2, I know that Victim-2 picked up one of the calls from Phone Number-6 and put it on speaker phone so that Victim-1 could also hear the call. The call was not recorded. However, I know from my conversations with Victim-1 and Victim-2 that Victim-2 told the caller, in substance and in part, that the caller needed to stop calling Victim-1, and the caller responded that: the caller would kill Victim-2 and their child; the caller had a TEC 9 firearm; the caller had burner phones so Victim-2 would never find him; and Victim-2 was not a "real Jew." I believe that KEVIN JOSE VARELA, the defendant, was the caller of the phone call from Phone Number-6, as well as the phone calls from Phone Number-6 and Phone Number-7 that were not answered, based on the following:

i.     Based on my review of records from TextNow, which is a cellular phone application that creates multiple phone numbers for various cell phones, I know that on or about June 17, 2024, the account associated with Phone Number-6 had the username "wthnshlo555" and email address "wthnshlo555@gmail.com," which is similar to Social Media Account-1, *i.e.*, wthnshlo, that exchanged direct messages with Victim-1 in or around 2020.

ii.     Based on my review of records from TextNow, I know that on or about June 17, 2024, the account associated with Phone Number-7 had the username "wthngrotto" and email address "wthngrotto@gmail.com." Based on my review of records from Google, I know that the subscriber of the email address "wthngrotto@gmail.com" is Kevin Jose.

b.     Based on my review of Victim-1's call logs, I know that approximately one month later, on or about July 18, 2024, Victim-1 received phone calls from at least three new phone numbers ending in the digits 2397, 2307, and 1282 ("Phone Number-8," "Phone Number-9," and "Phone Number-10," respectively). Based on conversations with Victim-1, I know that Victim-1 and Victim-2 were located in New York, New York when Victim-1 received these phone calls. In addition, I know the following about these phone calls:

i.     Based on my review of records from TextNow, I know that on or about July 18, 2024, the account associated with Phone Number-8 had the username "kjv666" and email address "kjv666@icloud.com." As noted above in paragraph 6(c), based on my review of records from Apple, the subscriber of "kjv666@icloud.com" is Kevin Varela, and the address associated with this account is the North Bergen Address.

ii.    Based on my conversations with Victim-1 and Victim-2 and my review of Victim-1's call log, I know that Victim-2 picked up one of the phone calls to Victim-1 from Phone Number-9 and recorded the call. Based on my review of the recorded call, I know that Victim-2 asked whether it was Kevin calling, and the caller denied being Kevin and said that it was Michael Rappaport. Victim-2 asked the caller to stop calling his wife, and the caller said, in substance and in part, that "she's not your wife," and that he "would find every person she's has ever had sex with and kill them." Based on my review of records from Pinger, I know that on or about July 18, 2024, the account associated with Phone Number-9 had the username "kjv666" and the email address "kjv666@icloud.com."

iii.    Based on my conversations with Victim-1 and Victim-2 and my review of Victim-1's call log, I know that Victim-2 picked up one of the phone calls to Victim-1 from Phone Number-10 and recorded the call. Based on my review of the recorded call, I know that the caller said, in substance and in part, that Victim-2 should divorce Victim-1; that "King David killed the fucking Uriah for Batsheva"; that he would "King David [Victim-2]"; that he was "more Jewish than [Victim-2] would ever be"; that he would "keep going"; that this was the "last number [he] would ever call"; and that he "know[s] where [they] live." Based on my review of the recorded call between Victim-2 and the caller of Phone Number-10, including the similarity of the caller's voice, the timing and substance of the call, and the words used by the caller using Phone Number-9, I believe that KEVIN JOSE VARELA, the defendant, was the caller of Phone Number-10.

8.    Based on my conversations with Victim-2, I know that on or about July 19, 2024, an individual, later identified as KEVIN JOSE VARELA, the defendant, appeared in person outside of a particular synagogue (the "Synagogue") in New York, New York, of which Victim-1 and Victim-2 are members. At approximately 8:15 p.m., Victim-2 exited the Synagogue and VARELA followed him down the street. When Victim-2 was approximately halfway down the street, VARELA tapped Victim-2 to get his attention. Based on my conversations with Victim-2, I know that, in substance and in part, VARELA asked Victim-2 if he was Victim-2; claimed that he (*i.e.*, VARELA) was King David; stated that Victim-2 was not a real Jew; stated that Victim-2 was with his (*i.e.*, VARELA's) wife; threatened to kill Victim-2 and Victim-2's child; claimed that he had a TEC 9 firearm; stated that Victim-2 needed to divorce Victim-1; and stated that he (*i.e.*, VARELA) knew where Victim-2 lives. Victim-2 ran back to the Synagogue, and VARELA followed him. VARELA then waited outside the gates of the Synagogue, which had been locked. Eventually, VARELA left the Synagogue.    I have reviewed video surveillance from the Synagogue that corroborates that VARELA was outside the·Synagogue during this time. Based on my conversations with other law enforcement officers, I know that Victim-2 later was shown a set of six photographs which included a photograph of VARELA. Victim-2 successfully identified VARELA as the person he saw at the Synagogue. In addition, based on my review of the video surveillance and my review of VARELA's photograph from the New Jersey Department of Motor Vehicles, I believe that the individual outside the Synagogue on July 19, 2024 was VARELA.

9.      Based on my conversations with Victim-1 and Victim-2, my review of text messages from Victim-1, my review of law enforcement reports and records, and my review of records from telecommunication service providers, I know the following:

a.      Based on my review of Victim-1's call logs, I know that on or about July 19, 2024, between approximately 8:12 p.m. and 8:18 p.m., *i.e.*, approximately the same time KEVIN JOSE VARELA, the defendant, was in front of the Synagogue, Victim-1 received at least 14 calls from a phone number ending in the digits 0985 ("Phone Number-11"). Victim-1 did not pick up any of these calls. Victim-1 received another call from Phone Number-11 at approximately 9:57 p.m. that same night.

b.      Based on my review of Victim-1's call logs, I know that about five days later, on or about July 24, 2024, at approximately 10:02 p.m., Victim-1 received a phone call on her personal cellphone from a phone number ending in the digits 0288 ("Phone Number-12"). Based on my conversations with Victim-1 and Victim-2, I know that Victim-2 picked up the phone and recorded the phone call. Based on my review of the recorded call, I know that the caller of Phone Number-12 said that he was the "rabbi from the shul on 38th Street in Union City." Victim-2 asked whether the caller was "Kevin," and the caller denied being "Kevin." Victim-2 then asked whether Victim-2 had seen the caller recently, and the caller responded, "Yeah, I would've fucked you up too." Victim-2 asked when and where he'd seen the caller, and the caller responded that he'd seen him two or three days ago on Shabbat at the synagogue on the block where the Synagogue is located. The caller then asked that Victim-2 put Victim-1 on the phone and threatened that if Victim-1 was not put on the phone, he would find Victim-2 and stab him. Based on conversations with Victim-1 and Victim-2, I know that Victim-1 and Victim-2 were located in the Southern District of New York when they received this phone call. Based on my review of the recorded call between Victim-2 and the caller of Phone Number-12, including the similarity of the caller's voice, the timing and substance of the call, and words used by the caller using Phone Number-9 and Phone Number-10, I believe that KEVIN JOSE VARELA, the defendant, was the caller of Phone Number-12.

c.      Based on my review of Victim-1's text messages, I know that later that same night, on or about July 24, 2024, at approximately 10:09 p.m., Victim-1 received several text messages on her personal cellphone from Phone Number-12. Based on conversations with Victim-1, I know that Victim-1 was located in the Southern District of New York when Victim-1 received these messages. The messages from Phone Number-12 stated:

> [Victim-1] I know of all the guys you've had sex with all the huge 8 inch and 9inch penises you've been with
> I'm going to kill all of those guys you've had sex with I have all of their addresses I have a TEC 9 and I'm. Going to shoot them
> You should've stayed with me back in summer 2020 you stupid fucking

> bitch now I'm going to kill all the
> guys you've had sex with
> And I know all of them

       d.    Based on my review of Victim-1's text messages, I know that approximately 23 minutes later, on or about July 24, 2024, at approximately 10:32 p.m., Victim-1 received several text messages on her personal cellphone from a phone number ending in digits 4859 ("Phone Number-13"). Based on conversations with Victim-1, I know that Victim-1 was located in the Southern District of New York when Victim-1 received these messages. The messages from Phone Number-13 stated:

> [Victim-1] I'm going to kill all the
> guys you've had sex with all those
> huge 8 and 9 inch penises you've
> taken I have all of their info and I'm
> going to put 3 shots into them you
> stupid fucking bitch
> I have a TEC 9
> And a Glock
> The Glock has a switch
> I could easily put 10 shots into your
> last sex partner
> Fuckig stupid bitch I'll put 3 bullets
> in your daughter
> What's her name? [Victim-1's child's
> name]?
> Stupid. Bitch
> Answer

Based on the timing of these messages, as well as the similarity of content to other messages that KEVIN JOSE VARELA, the defendant, has sent Victim-1, I believe that VARELA sent these messages to Victim-1 from Phone Number-13.

       e.    Based on my review of Victim-1's text messages, I know that on or about August 5, 2024, at approximately 3:15 p.m., Victim-1 received several text messages on her personal cellphone from the email account "kjv666@icloud.com," which, as noted above is an email address associated with KEVIN JOSE VARELA, the defendant. Victim-1 was located in the Southern District of New York when Victim-1 received these messages. The messages from kjv666@icloud.com stated:

> [Victim-1] I miss you every day why
> did you block me? I would've
> married you and we would've been a
> happy haredim family but now I have
> to tell Iran to kill thousands of
> Israelis. Good day yom tov
> Fucking stupid fucking bitch

And I know all the people you've had
sex with
I'm going to find them
Fuckiny stupid slut size queen
?
?
?
?
?
Fucking size queen 9 inch dick loving
whore
I fucking pray Iran and Russia kill all
of your people

     10.    Based on my involvement in this investigation, I know that on or about August 23, 2024, KEVIN JOSE VARELA, the defendant, was arrested based on probable cause that VARELA made threatening interstate communications.

     WHEREFORE, I respectfully request that KEVIN JOSE VARELA, the defendant, be imprisoned or bailed, as the case may be.

                                      MATTHEW TRUONO
                                      Special Agent
                                      Federal Bureau of Investigation

Sworn to me this 23rd day of August, 2024.

THE HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York